Same case below, 360 Fed. Appx. 725.

**No. 09-11122. Ramon Acosta, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5289.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 367 Fed. Appx. 259.

**No. 09-11127. Manuel Sosa-Moreno, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5290.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 367 Fed. Appx. 929.

**No. 09-11128. Stephen Adrian Ramnath, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5262.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 365 Fed. Appx. 230.

**No. 09-11129. Patrick Stephen Walsh, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5318.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 331.

**No. 09-233. Triple-S Management Corporation, et al., Petitioners v. Municipal Revenue Collection Center.**

561 U.S. 1037, 130 S. Ct. 3498, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5264.

June 28, 2010. Motion of Council on State Taxation for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

**No. 09-438. Providence Hospital, et al., Petitioners v. Johnella Richmond Moses, Personal Representative of the Estate of Marie Moses-Irons, Deceased.**

561 U.S. 1038, 130 S. Ct. 3499, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5301.

June 28, 2010. Motion of Michigan Health & Hospital Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 561 F.3d 573.

**No. 09-804. CIGNA Corporation, et al., Petitioners v. Janice C. Amara, et al., Individually and on Behalf of All Others Similarly Situated.**

561 U.S. 1024, 130 S. Ct. 3500, 177 L. Ed. 2d 1113, 2010 U.S. LEXIS 5324.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 348 Fed. Appx. 627.